UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**MUTULU SHAKUR,**

    Petitioner,

V.

**DAVID PAUL, Warden, et al.,**

    Respondents.

CIVIL ACTION NO. 5:22-cv-204-KKC

<u>**NOTICE AND ORDER**</u>

\*\*\* \*\*\* \*\*\*

In the government's response (DE 26) to Mutulu Shakur's petition for writ of habeas corpus (DE 1), respondents argue that Shakur's claims are moot because the United States Parole Commission has granted Shakur a new hearing based on new medical information, pursuant to 28 C.F.R. § 2.28(a). That hearing is set to take place on October 12, 2022. While the Court continues to consider Shakur's petition on the merits, the Court hereby ORDERS that respondents file a status report upon the USPC rendering a decision in the matter. Due to the nature of the petition, the Court hopes that the Commission will come to an expeditious resolution.

Dated October 11, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY